UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Charles Blackwell | Hon: Linda V. Parker |
| **Plaintiff, Pro Se** | Case: 21-cv-10921 |

V.

Richard Sollars, Mayor of Taylor
In his Individual Capacity

**Defendant**

_____

| | |
|---|---|
| Charles Blackwell | Giarmarco, Mullins & Horton |
| 22655 Fairmont Dr., Apt. 102 | Attorney for Defendant |
| Farmington Hills, MI, 48335 | John C. Clark (P51356) |
| Cblack618@gmail.com | Geoffrey Wagner (P70839) |
| Plaintiff, In Pro Se | 101 W. Big Beaver Road, 10th Floor |
| | Troy, MI 48084 |
| | jclark@gmhlaw.com |
| | gwagner@gmhlaw.com |

_____

**Plaintiff Affidavit in Support of Emergency Motion for Temporary Restraining Order**

**COMES NOW** Plaintiff Charles Blackwell, hereby proceeding pro se, hereby submits this affidavit in Support of Emergency Motion for Temporary Restraining Order:

Please find Plaintiff affidavit in Support of Emergency Motion for Temporary Restraining Order attached as **Exhibit A**

/s/ Charles Blackwell

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14th, 2021 I electronically filed the foregoing motion with the Clerk of the Court using the ECF system which will send notification to all counsel of record in this matter.

# Exhibit A: Affidavit in Support of Emergency Motion for Temporary Restraining Order

PLAINTIFF AFFIDAVIT

1. I, Charles Blackwell, has a Facebook account under my name of "Charles Blackwell".

2. I utilize my Facebook account on interact with my friends and family who I am "friends" with on Facebook as well as comment, post, and reply on Facebook page of elected officials such as Defendant Mayor Sollars.

3. On April 24th, 2021 I utilized my Facebook and commented on the Defendant Facebook page "**Rick Sollars for Taylor**" and stated to the effect that the Defendant should take responsibility for failing to file his campaign finance statement and that he should resign office considering his federal corruption charges.

4. Within 2 hours of commenting these comments, I went back to the Defendant Facebook page and noticed my comments were deleted and I was restricted and prevented from further commenting, posting, and replying to any of the Defendants post on his Facebook page.

5. Considering I was blocked within two hours of my critical comments, I believe my critical comments were the sole and motivating factor for the Defendant restricting my commenting privileges and access.

6. I intend to further comment and post on the Defendants Facebook page in light of federal corruption charges and the Defendant has prevented my first

    amendment right to exercise that right on his Facebook page which is and utilized as a "public forum".

7. I am competent and can testify If called a trial or hearing as to the facts in this affidavit.

8. I swear the information in this affidavit is true under the penalty of perjury under state/federal law.

/s/Charles Blackwell

Dated May 14th, 2021.